389 A.2d 681

Commonwealth v. Ketchens, Appellant.

Submitted March 13, 1978. James M. Schall, Public Defender, for appellant; Gary Deane Wilt, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

389 A.2d 681

Commonwealth v. Lecuyer, Appellant.

Submitted November 14, 1977. Ralph J. Cappy, Public Defender, for appellant; Robert E. Colville, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

WATKINS, former P. J., did not participate in the consideration or decision of this case.